Cause No. 2001-PC-1263

| | |
|---|---|
| IN THE MATTER OF ESTATE OF KING | ) IN THE PROBATE COURT |
| | ) |
| ADMINISTRATOR FOR ESTATE OF KING | ) NUMBER ONE |
| Petitioner | ) |
| v. | ) |
| | ) |
| BEXAR COUNTY, ET AL | ) |
| Respondents, | ) FOR BEXAR COUNTY, TEXAS |

## FINAL SUPPLEMENTAL NOTICE OF APPEAL

Notice is hereby given, pursuant to Tex. R. App. Pro 27.1 and subject to the relief requested in Appellant's pending motion for abatement relief, that an appeal from Probate Case No. 2001-PC-1263 is taken in the Texas Fourth Court of Appeals from the Order of the Bexar County Probate Court #1, dated June 29, 2015, and from administrative findings of fact entered by the Probate Court on July 21, 2015. Appellant construes the events of June 29, 2015 and on July 21, 2015 as a manifestation of the Probate Court's intention to accord finality the dismissal of Appellant's claims for relief, in that the final order grants the respondents' motion for a nunc pro tunc dismissal order in lieu of the erroneously dated order on March 31. 2015, and in that the administrative findings operate as a final response to Appellant's notice of late filing of findings of fact and conclusions of law filed on July 10, 2015. Appellant reserves special exceptions to the actions taken on July 21, 2015 on jurisdictional and evidentiary grounds, and reserves challenges to their legal insufficiency for presentation as part of his regular appeal.

Dated: July 27, 2015

Respectfully Submitted,

Rowland J. Martin
951 Lombrano
San Antonio, Tx 78207
(210) 323-3849

1

## CERTIFICATE OF SERVICE

I delivered a copy of this, "Final Supplemental Notice of Appeal," to Attorney Karen

Evertson c/o 411 S. Frio St., San Antonio, Tx., via email on July 14, 2015.

_____
Rowland J. Martin